In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00059-CR


______________________________




DAVID CHARLES FITTS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 114th Judicial District Court


 Smith County, Texas


Trial Court No. 114-2295-07




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 David Charles Fitts appeals from his conviction for the offense of aggravated assault with
a deadly weapon. (1) He was sentenced to twenty years' imprisonment and a fine of $10,000.00.

 Fitts' notice of appeal was filed March 19, 2008, and the clerk's record was filed March 31,
2008. The reporter's record was due June 19, 2008, and has not been filed. Fitts is not indigent. 
Therefore, he is responsible for paying for, or making arrangements to pay for, preparation of the
appellate record. See Tex. R. App. P. 35.3(a), (b). 

 On July 18, 2008, we mailed a letter to Fitts' retained counsel, stating that, if we did not
receive information showing that Fitts was making a substantial and tangible effort to prosecute the
appeal by showing either a reasonable attempt to obtain a reporter's record or by filing a brief based
solely on the clerk's record within ten days of the letter, we would dismiss the appeal for want of
prosecution. Fitts has not contacted this Court. We have also contacted the court reporter and have
been informed that Fitts has not contacted her.

 Accordingly, we dismiss this appeal for want of prosecution. See Tex. R. App. P. 42.4;
Rodriguez v. State, 970 S.W.2d 133 (Tex. App.--Amarillo 1998, pet. ref'd).



 Josh R. Morriss, III

 Chief Justice


Date Submitted: August 14, 2008

Date Decided: August 15, 2008


Do Not Publish



OPINION ON REHEARING



 On August 15, 2008, this Court issued an opinion dismissing David Charles Fitts' appeal for
want of prosecution. We have now received and considered the motion for rehearing, along with
the attachments thereto. 

 Fitts contends in the motion for rehearing that he did not receive the letter from this Court
mailed July 18, 2008, informing him that, if he did not respond within ten days of the date of the
letter showing us that he had made a reasonable attempt to obtain a reporter's record, we would
dismiss the appeal for want of prosecution. Having received no response to that letter, we dismissed
the appeal August 15. 

 This Court has now considered the motion for rehearing and the attachments thereto as a
response to our July 18 letter. The attachments are letters detailing what was done regarding Fitts'
obligation, as appellant, to obtain a reporter's record. Neither the motion nor the attached letters
between Fitts' counsel and the court reporter, and from Fitts' counsel to Fitts, demonstrate that a
"reasonable attempt" was made to secure the reporter's record. The last correspondence was from
counsel to Fitts, was dated July 10, 2008, and requested a response from his client; this is the last
attachment to the motion for rehearing. We can conclude only that a reasonable attempt was not
made.

 We overrule the motion for rehearing. Our dismissal stands.


 Josh R. Morriss, III

 Chief Justice


Date: September 10, 2008
1. This case has been transferred to this Court as part of the Texas Supreme Court's docket
equalization program.



Medium List 1"/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-11-00025-CR

                                                ______________________________

 

 

 

                                           IN
RE:  ZAKEE KALEEM ABDULLAH

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                              Memorandum
Opinion by Justice Carter

                                                                              

                                                                              








                                                     MEMORANDUM 
OPINION

 

            Zakee Kaleem Abdullah has filed a
petition for writ of mandamus in which he asks this Court to direct the Honorable
Nancy Talley, Justice of the Peace for Bowie County, Texas, to lower bail.
Abdullah states that he was arrested by warrant for theft and that when he
appeared before Justice Talley, she set his bail at $50,000.00.  He also states that he presented various
motions by mail for filing, but copies were not file marked and returned to
him.  He asks this Court to order the Honorable
Nancy Talley to perform a duty required by law: 
to remove the excessive bail, and that we order the District Clerk of
Bowie County and/or the Clerk of the Justice of the Peace Court to provide him
with copies of the documents involved in the accusations against him, as well
as copies of his own pleadings. 

            This Court has jurisdiction to issue
a writ of mandamus against a judge of a district or county court in the court
of appeals district.  Tex. Govt Code Ann. § 22.221(b)
(Vernon 2004).  The respondents in this
case do not fall within those categories. 
Under the facts as stated by Abdullah, we, therefore, have no mandamus
jurisdiction over the named respondents.

            We deny the petition.

 

 

                                                                        Jack
Carter

                                                                        Justice


Date Submitted:          January 25, 2011

Date
Decided:             January 26, 2011

 

Do
Not Publish